IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02499-RBJ-MJW

ALEXSAM, INC.,

Plaintiff,

v.

BEST BUY STORES LP, et. al,

Defendants.

## ORDER ON
## ALEXSAM'S MOTION TO COMPEL DOCUMENT PRODUCTION AND A THIRD PARTY DEPOSITION FROM FIRST DATA PURSUANT TO RULE 45 SUBPOENA
### (Docket No. 2)

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

Now before the court is plaintiff Alexsam's Motion to Compel Document Production and a Third Party Deposition from First Data Pursuant to Rule 45 Subpoena (Docket No. 2). The court has taken judicial notice of the court's file, and has considered the applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and order.

Plaintiff's motion was filed on September 19, 2012.  The certificate of service accompanying the motion shows service of the motion was accomplished the same day.  Pursuant to D.C.COLO.LCivR 7.1(C), the responding party to a motion has 21 days after the date of service to file a response.  As such, a response to plaintiff's motion was due on October 10, 2012.  As of the date of this order, no response or request for extension of time has been filed.  Accordingly, the court may deem the

2

motion confessed.

The court has reviewed the subject motion and plaintiff's unrebutted contentions therein.  The court finds that plaintiff is entitled to the relief requested and deems the motion confessed.

**WHEREFORE,** for the foregoing reasons, it is hereby

**ORDERED** that Alexsam's Motion to Compel Document Production and a Third Party Deposition from First Data Pursuant to Rule 45 Subpoena (Docket No. 2) is **GRANTED.**  It is further

**ORDERED** that First Data shall produce the documents requested in plaintiff's subpoena (Docket No. 2-4, Exhibit A) and provide a witness for deposition who is knowledgeable about the noticed topics (Docket No. 2-4, Exhibit B).

Date:  November 6, 2012                s/ Michael J. Watanabe
         Denver, Colorado                   Michael J. Watanabe
                                                       United States Magistrate Judge