IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02499-RBJ-MJW

ALEXSAM, INC.,

Plaintiff,

v.

BEST BUY STORES LP, et. al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Alexsam's Unopposed Motion to Restrict Access to Confidential Documents (Docket No. 4) is GRANTED.  The clerk is directed to place exhibits 9, 18, and 19 to the Motion to Compel (Docket No. 2) under Level 1 restriction.

Date: November 14, 2012